DLM

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER *(Tran. Court)* | CR-S-99-357-RLH(LRL) | | |
| DOCKET NUMBER *(Rec. Court)* | 1:07-CR-052-01S | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
| Daniel Sebastian Balkun<br>Cranston, Rhode Island | NEVADA | U.S. Probation Office | |
| | NAME OF SENTENCING JUDGE | | |
| | Roger L. Hunt | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>12/3/04 | TO<br>12/2/07 |

OFFENSE

Money Laundering
Aiding and Abetting

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 22, 2007
*Date*

Roger L. Hunt
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 11, 2007
Effective Date

Mary M. Lisi
United States District Judge