# United States District Court
# District of Nevada (Las Vegas)
# CRIMINAL DOCKET FOR CASE #: 2:99-cr-00357-RLH-LRL-ALL
# Internal Use Only

Case title: USA V. DANIEL SEBASTIAN BALKUN, et al. Date Filed: 09/08/1999

---

Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Lawrence R. Leavitt

**Defendant**

**Daniel Sebastian Balkun** (1)

represented by **Theodore J. Manos**
Theodore J. Manos & Associates
501 S. Sixth St.
Las Vegas, NV 89101-
702-385-9550
Fax: 702-458-8021
Email: tedjmanos@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| 18:371.F CONSPIRACY TO VIOL 18/1343 & 18:1956(a)(1)(A)(1) & (B)(i) (1) | Disposed Date 1/12/2001 |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

---

Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Lawrence R. Leavitt

**Defendant**

**Albert Joseph, Jr. Brango,** (2)

represented by **John C. Lambrose**
Federal Public Defender
411 E Bonneville
Suite 250
Las Vegas, NV 89101-
Email: ECF_Vegas@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO VIOL 18/1343 & 18:1956(a)(1)(A)(1) & (B)(i) (1) | Disposed Date 11/8/2000 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Lawrence R. Leavitt

**Defendant**

**Curtis A. Branson** (3)

represented by **Kevin M. Kelly**
Kelly & Sullivan, Ltd.
302 E. Carson
Suite 600
Las Vegas, NV 89101-
702-385-7270
Fax: 702-385-7282
Email: kmksps@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO VIOL 18/1343 & 18:1956(a)(1)(A)(1) & (B)(i) (1) | Disposed Date 12/14/2000 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Lawrence R. Leavitt

**Defendant**

**Richard William Burdick** (4) represented by **Patricia M Erickson**
Patricia M. Erickson, Law Office Of
601 S. 10th Street
Suite 206
Las Vegas, NV 89101-
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
Fax: 702-384-6336
Email: pmerickson@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371.F CONSPIRACY TO VIOL 18/1343 & 18:1956(a)(1)(A)(1) & (B)(i) (1) | Disposed Date 10/13/2000 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |

None

---

Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Lawrence R. Leavitt

**Defendant**

**James Francis Campanale** (5)

represented by **John N McNicholas**
McNicholas Law Office, LLC
6215 North Park Street
Las Vegas, NV 89149
702-656-4747
Fax: 702-656-4847
Email: john@mcnicholaslawoffice.com
*TERMINATED: 02/06/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Monique N. Kirtley**
Federal Public Defender
411 E Bonneville
Suite 250
Las Vegas, NV 89101-
(702) 388-6577
Fax: (702) 388-6261
Email: ECF_Vegas@FD.ORG
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William C. Carrico**
Federal Public Defender
411 E Bonneville
Suite 250
Las Vegas, NV 89101-
(702) 388-6577
Fax: (702) 388-6261
Email: ECF_Vegas@FD.ORG
*TERMINATED: 12/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371.F CONSPIRACY TO VIOL 18/1343 & 18:1956(a)(1)(A)(1) & (B)(i) (1) | Disposed Date 10/25/2000 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Lawrence R. Leavitt

**Defendant**

**Robert Vincent Capucci** (6)

represented by **Robert Vincent Capucci**
#34403-048
P.O. Box 6000
Sheridan, OR 97378
PRO SE

**Lorraine J. Mansfield**
Lorraine J. Mansfield, Law Office Of
6655 W Sahara
Suite B-200
Las Vegas, NV 89101-
702-222-4009
Fax: 702-363-8316
Email: lvlaw@cox.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: FPD*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO VIOL 18/1343 & 18:1956(a)(1)(A)(1) & (B)(i) (1) | Disposed Date 1/5/2001 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Defendant**

**Lisa Mary Devroede**

---

**5701 8th St. Camp Parks**

**CA USA 94568**
*Jacqueline*
*TERMINATED: 7*

---

**Defendant**

**Lisa Mary Devroede**

---

**5701 8th St. Camp Parks**

**CA USA 94568**
*Leslie*
*TERMINATED: 7*

---

**Defendant**

**Lisa Mary Devroede**

---

**5701 8th St. Camp Parks**

**CA USA 94568**
*William*
*TERMINATED: 7*

---

Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Lawrence R. Leavitt

**Defendant**

**Anthony Dibellonia** (8) represented by **Michael V Cristalli**
Cristalli & Saggese, Ltd.
732 South Sixth Street
Suite 100
Las Vegas, NV 89101
702-386-2180
Fax: 702-382-2977

Email: mcristalli@cristalli-saggese.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO VIOL 18/1343 & 18:1956(a)(1)(A)(1) & (B)(i) (1) | Disposed Date 10/25/2000 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Lawrence R. Leavitt

**Defendant**

**Ronald David Foresta** (9) represented by **Ronald David Foresta**
Las Vegas Community Corrections Center
2901 Industrial road
Las Vegas, NV 89109
PRO SE

**Paul E. Wommer**
Paul E. Wommer, Esq.
625 S. 6th street
Las Vegas, nv 89101
702-388-8817
Email: pwommer@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO VIOL 18/1343 & 18:1956(a)(1)(A)(1) & (B)(i) (1) | Disposed Date 11/8/2000 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Lawrence R. Leavitt

**Defendant**

**Joseph Frank, III Galasso** (10) represented by **Randall J Roske**
Randall J. Roske, Law Office of
2055 W Charleston Blvd
Suite C
Las Vegas, NV 89102-2258
(702) 386-0313
Fax: (702) 386-8820
Email: rjroske@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO VIOL 18/1343 & 18:1956(a)(1)(A)(1) & (B)(i) (1) | Disposed Date 11/29/2000 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

None

---

Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Lawrence R. Leavitt

**Defendant**

**David Franklin Insel** (11)

represented by **David Z. Chesnoff**
Goodman & Chesnoff
520 S. Fourth St.
Las Vegas, NV 89101-
702-384-5563
Fax: 702-598-1425
Email: dzchesnoff@gcklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371.F CONSPIRACY TO VIOL 18/1343 & 18:1956(a)(1)(A)(1) & (B)(i) (1) | Disposed Date 8/17/2000 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Lawrence R. Leavitt

**Defendant**

**William Thomas Kirinsky** (12)

represented by **William Thomas Kirinsky**
Reg #34623-048
Montgomery FPC - Maxwell Air Base
Montgomery, AL 36112
PRO SE

**Anthony P Sgro**

Patti & Sgro
720 S. 7th Street
Suite 300
Las Vegas, NV 89101
702-385-9595
Fax: 702-386-2737
Email: chunt_patti_sgro@hotmail.com
*TERMINATED: 06/03/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Dickinson**
pro hac vice
1312 Atwood Avenue
Johnston, RI 02919
401-490-8083
Fax: 401-942-4918
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
| --- | --- |
| 18:371.F CONSPIRACY TO VIOL 18/1343 & 18:1956(a)(1)(A)(1) & (B)(i) (1) | Disposed Date 5/16/2001 |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
| --- | --- |
| None | |

---

Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Lawrence R. Leavitt

**Defendant**

**Drew Roger Lang** (13) represented by **Daniel J. Albregts**
.
601 S. 10th St
Suite 202
Las Vegas, NV 89101-

702-474-4004
Fax: 702-474-0739
Email: albregts@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: FPD*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371.F CONSPIRACY TO VIOL 18/1343 & 18:1956(a)(1)(A)(1) & (B)(i) (1) | Disposed Date 12/15/2000 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

**USA** represented by **Daniel Schiess**
U.S. Attorney's Office
333 Las Vegas Blvd So
Suite 5000
Las Vegas, NV 89101-
(702) 388-6336
Email: dan.schiess@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William R Reed**
U.S. Attorney's Office
333 Las Vegas Blvd So
Suite 5000
Las Vegas, NV 89101-
Email: william.r.reed@usdoj.gov
*TERMINATED: 07/20/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 09/08/1999 | 1 | INDICTMENT no text (Entered: 03/30/2003) |
| 02/21/2003 | 381 | ORDER by PROB re: D/Devroede: Warr to iss to USM cps dist (Entered: 03/25/2003) |
| 02/24/2003 | 382 | INITIAL APPEARANCE re: D/Devroede's VIols of Sprvsd Rels: FPD apptd; Deten Hrg set for 2/28/03 @ 2pm; Temp Deten Ord; Revoc Hrg set 3/7/03 @ 1:30pm bfr RLH (Tape # 03-4-26) cps dist (Entered: 03/25/2003) |
| 02/24/2003 | 383 | FINANCIAL AFFIDAVIT re D/Devroede (Entered: 03/25/2003) |
| 02/24/2003 | 384 | ORDER APPOINTING COUNSEL re D/Devroede: ORD FPD apptd cnsl. Cps dist (Entered: 03/25/2003) |
| 02/24/2003 | 385 | DETENTION ORDER re D/Devrode: Ord of Temp. Detentn: ORD D detnd pend deten hrng on 2/28/03 @ 2pm bfr RJJ. (Entered: 03/25/2003) |
| 02/26/2003 | 386 | NOTICE OF ATTORNEY APPEARANCE - DEFENDANT of Appearance obo D/Devroede - APFD Leslie Fatowe will srv as cnsl. (Entered: 03/25/2003) |
| 02/28/2003 | 387 | DETENTION HEARING re D/Devroede: Crt hrs argmnts; Deten Ord (Tape #3-4-29) cps dist (Entered: 03/25/2003) |
| 03/04/2003 | 388 | DETENTION ORDER re: Devroede: D detnd (pend [psych eval & revoc hrg) cps dist (Entered: 03/25/2003) |
| 03/04/2003 | 389 | ORDER ON STIPULATION re D/Devroede for Psych Eval. ORD USM to transport D to suitable Fed Med Faclty for psych exam not excd 45days unless ext. by fur. ord of Ct upon applcnt of faclty drctr (See doc for specs). Cps dist. (Entered: 03/25/2003) |
| 03/05/2003 | 390 | ORDER ON STIPULATION re D/Devroede: ORD Sprvsd Rels Revoc Hrng set 3/7/03 VACTED & Cont to 5/16/03 @ 11:30am. Cps dist. (Entered: 03/25/2003) |
| 03/06/2003 | 391 | WARRANT RETURNED EXECUTED re D/Devroede arr 2/24/03 (on Viols of Sprvsd rels). (Entered: 03/25/2003) |
| 03/29/2003 | 392 | TRAVERSE Hard Docket Sheet Closed - Docket Entries #1 & from # 381 forward in NEDV2 (Entered: 03/30/2003) |
| 04/03/2003 | 393 | TRAVERSE SUPERVISION REPORT by PROB re: D/Branson: No Adverse Actn Rcmmnded (*cpy to RLH) (Entered: 04/09/2003) |
| 05/16/2003 | 394 | ORDER ON STIPULATION D/Devroede's Revoc Hrg crrntly set for FRI, 5/16/03 vctd & contd to 8/1/03 @ 10am cps dist (Entered: 05/16/2003) |
| 05/20/2003 | 395 | ORDER For Modfctn/Viol Rprt by Prob re: D/Insel: Sprvd Rels conds modfd to incld 80hrs of commnty srvc cps dist (Entered: 05/20/2003) |
| 06/12/2003 | 396 | NOTICE OF HEARING re: D/Devroede: Hrg on Sprvsd Rels Viols prvsly set for Fri, 8/1/03 vctd & ADVANCED to TUES, 6/17/03 @ 2pm bfr RLH (Cnsl & Prob notfd telphnclly) cps dist (Entered: 06/12/2003) |
| 06/17/2003 | 397 | SUPERVISED RELEASE - FINAL REVOCATION HRG re: D/Devroede: Based on reps & cnsl & psych rprt, Crt fnds D has not viol trms of sprvsl rels; D contd on sprvsd rels conds w/modfctns (see doc for specs); D shll be relsd to PROB @ 8am on 6/18/03 (C/Rprtr: Lucil (Entered: 06/18/2003) |
| 07/01/2003 | 398 | ORDER For Modfctn of Rels Conds by Prob re: D/Insel: Sprvsd Rels modfd to |

| | | |
|---|---|---|
| | | incld up to 3mos home cnfnmnt w/elctrnc montring; D to pay 100% of montring srvcs cps dist (Entered: 07/02/2003) |
| 09/23/2003 | 399 | ORDER by Prob re: D/Devroede: Warr to iss for revoc of sprvsd rels cps dist (Entered: 09/23/2003) |
| 09/23/2003 | 400 | WARRANT ISSUED iss'd to USM re: D/Devroede (for sprvsd rels viols) (Entered: 09/23/2003) |
| 09/26/2003 | 401 | NOTICE OF HEARING re: D/Devroede: Revoc Hrg prvsly set for FRI, 10/3/03 vctd & ADVANCED to THURS, 10/2/03 @ 11am bfr RLH cps dist (Entered: 09/29/2003) |
| 09/29/2003 | 402 | NOTICE OF ATTORNEY APPEARANCE - DEFENDANT AFPD William C. Carrico wll srv as cnsl obo D/Devroede (p) (Entered: 09/29/2003) |
| 09/29/2003 | 403 | INITIAL APPEARANCE on Viols of Sprvsd Rels re: D/Devroede hld on 9/24/03: FPD apptd; Deten ord; Revoc Hrg set for FRI, 10/3/03 @ 10:30am bfr RLH (Tape #03-4-96) cps dist (Entered: 09/29/2003) |
| 09/29/2003 | 404 | FINANCIAL AFFIDAVIT re: D/Devroede (Entered: 09/29/2003) |
| 09/29/2003 | 405 | ORDER APPOINTING COUNSEL AFPD apptd cnsl obo D/Devroede cps dist (Entered: 09/29/2003) |
| 09/29/2003 | 406 | ORDER For Modfctn of Sprvsd Rels by Prob re: D/Dibellonia: conds modfd to incld 40hrs commnty srvc as apprvd by Prob cps dist (Entered: 10/01/2003) |
| 10/03/2003 | 407 | SUPERVISED RELEASE - FINAL REVOCATION HRG D/Devroede violated terms of suprvsd relse; suprvsd relse revoked, sent imposd (C/R L Litsheim) (Entered: 10/03/2003) |
| 10/07/2003 | 408 | DETENTION ORDER re: D/Devroede dtd 9/24/03: D detnd pend revoc cps dist (Entered: 10/08/2003) |
| 10/07/2003 | 409 | JUDGMENT re: D/Devroede as to admttd glt to viol of Sprvsd Rels conds 1-4: 14mos cstdy USBOP (no frthr sprvsn fllwing rels); remnded to cstdy USM; $100 Assessmnt (impsd in Orig Jdgmnt); $10,000 Restitution (impsd in orig Jdgmnt) cps dist (Entered: 10/08/2003) |
| 10/10/2003 | 410 | STATUS CONFERENCE AMENDED Minutes of Frthr Prcdings re: D/Devroede's Viols of Sprvsd Rels hld on 10/2/03 (*amnded to reflct crrctn of C/Rprtr) (C/Rprtr: Felicia Zabin) cps dist (Entered: 10/10/2003) |
| 10/14/2003 | 411 | WARRANT RETURNED EXECUTED re: D/Devroede arr 9/23/03 (Entered: 10/20/2003) |
| 10/21/2003 | 412 | TRANSCRIPT held 8/24/01 re Wm. T. Kirinsky (c/r L. Litsheim) (Entered: 10/22/2003) |
| 11/05/2003 | 413 | LETTER re: D/Devroede frm USDOJ FBOP Reg. Drctr Haro advsing RLH that BOP cannot comply w/Crt's rcmmndtn for plcmnt & D to desig to FCI Dublin @ Dublin, CA (cpy to RLH) (Entered: 11/05/2003) |
| 02/17/2004 | | TRAVERSE For Modfctn Of Rels Conds by Prob re: D/Dibellonia (to Kandy) (Entered: 02/18/2004) |
| 02/19/2004 | 414 | ORDER by Prob To Modfy Rels Conds re: D/Dibellonia: Restitutn subjct to |

| | | |
|---|---|---|
| | | adjmnt based on Offndr's ability to pay as determnd by prob offcr cps dist (Entered: 02/20/2004) |
| 02/25/2004 | 415 | MOTION FOR MISCELLANEOUS RELIEF For Reductn Of Sentnce To Reflct Add'l Credit For Time Srvd Per Rule 35 by D/Devroede (nss) (Entered: 03/08/2004) |
| 03/10/2004 | 416 | MINUTE ORDER re: D/Devroede's Mtn For Redctn Of Sent (#415): Govt shll hve to/incld 4/7/04 to prep & file resp (cpy #415 to AUSA) cps dist (Entered: 03/11/2004) |
| 03/16/2004 | 417 | RESPONSE TO MOTION by Govt to D/Devroede's Rqst For Modfctn Of Sent (#415) (m) (Entered: 03/16/2004) |
| 03/29/2004 | | TRAVERSE re D/Campanale: viol rept re D/Campanale to kc (Entered: 03/29/2004) |
| 03/30/2004 | 418 | ORDER re: D/Devroede's Mtn For Reductn Of Sent (#415): Mtn DENIED cps dist (Entered: 03/30/2004) |
| 03/31/2004 | 419 | ORDER For Modfctn Of Sprvsd Rels by Prob re: D/Campanale: Sprvsn conds modfd to incld 16hrs commnty srvc cps dist (Entered: 03/31/2004) |
| 04/05/2004 | 420 | TRANSCRIPT held 5/16/01 re D/Kirinsky (c/r L. Litsheim) (Entered: 04/06/2004) |
| 05/18/2004 | | TRAVERSE re D/Dibellonia: Req for mdficatn of relse conds to KC (Entered: 05/18/2004) |
| 05/20/2004 | 421 | ORDER re D/ Dibellonia's viol of supv rlse conds dtd 5/19/04: to incl home cnfinmnt w/ electrnc monitor for 120 days; D pay 50% of monitor srvc cost cps dist (Entered: 05/20/2004) |
| 08/30/2004 | | TRAVERSE re D/Campanale: Req for mdficatn of relse conds to KC (Entered: 08/30/2004) |
| 09/02/2004 | 422 | ORDER dtd 9/1/04 - re D/ Campanale's supv rlse conds: mdficatn of suprvsn to include up to 90 days placmt @ Community Corrctns Cntr cps dist (Entered: 09/02/2004) |
| 12/03/2004 | | TRAVERSE re D/Campanale: Req for warr to KC (Entered: 12/03/2004) |
| 12/08/2004 | 423 | ORDER re D/ Campanale: Ordr/Petition for warrant to issue. cpys dist (Entered: 12/08/2004) |
| 12/08/2004 | | WARRANT ISSUED re D/ Campanale (Entered: 12/08/2004) |
| 12/26/2004 | 424 | INITIAL APPEARANCE HLD 12/23/04 - re D/ Campanale's suprvised rlse: FPD appointed as D cnsl; PR bond set/executed w/ special conditions of rlse (see doc) revocation hrng set for 1/7/05 @ 10am in ctrm 6C bfr RLH. (Tape 4-3-170) cpys dist (Entered: 12/27/2004) |
| 12/26/2004 | 425 | FINANCIAL AFFIDAVIT re D/ Campanale (Entered: 12/27/2004) |
| 12/26/2004 | 426 | ORDER APPOINTING COUNSEL Dtd 12/23/04 - re D/ Campanale: FPD appointed as D cnsl. (Entered: 12/27/2004) |
| 12/26/2004 | 427 | BOND Posted obo D/ Campanale 12/23/04 (Entered: 12/27/2004) |
| | | |

| | | |
|---|---|---|
| 12/27/2004 | 428 | NOTICE OF ATTORNEY APPEARANCE - DEFENDANT re D/ Campanale: AFPD M. Kirtley wll serve as D cnsl (Entered: 12/28/2004) |
| 12/28/2004 | 429 | WARRANT RETURNED EXECUTED D/ Campanale arrested 12/23/04 in LV (Entered: 12/28/2004) |
| 01/03/2005 | | TRAVERSE re D/ Lang: terminate supervision at expration. to KC (Entered: 01/03/2005) |
| 01/06/2005 | 431 | TRAVERSE to RLH re D/ Campanale's suprvised rlese: (Entered: 01/07/2005) |
| 01/07/2005 | 430 | ORDER re D/ Lang's suprvised rlse cnditions: suprvision to terminate at expration of sentnce & US atty fnncl litigation unit continue collection of unpd restitution. cpys dist (Entered: 01/07/2005) |
| 01/12/2005 | 432 | STATUS CONFERENCE re D/ Campanale's suprvise relse: D admts violation; ORDR- suprvised relse is REVOKED; sentnce Imposed. (C/rec H. Newman) cpys dist (Entered: 01/12/2005) |
| 01/12/2005 | 433 | JUDGMENT Dtd 1/11/05 - re D/ Campanale's suprvised relse: 16 mnths cstdy USBOP w/ no term of sprvision to follow; D shll slf srrndr bfr 12pm on 2/23/05; $39,450 restitution blnce due jntly & severally w/ co-dfndnts. cpys dist (Entered: 01/12/2005) |
| 02/16/2005 | | TRANSFER IN/PROBATIONER re D/ Galasso: (2) prob 22s (trnsfr out to CT) to KC for RLH sgnatur. (Entered: 02/16/2005) |
| 02/22/2005 | | TRAVERSE re D/ Insel: modify supervision. to KC (Entered: 02/22/2005) |
| 02/24/2005 | 434 | ORDER re D/ Insel: suprvision mdfied re restitution (see doc for specifics) cpys dist (Entered: 02/24/2005) |
| 03/02/2005 | | TRANSFER IN/PROBATIONER re D/ Galasso: (2) prob 22s sgned by RLH to trnsfr juris to dist of CT. to NV prob (Entered: 03/03/2005) |
| 03/09/2005 | 436 | MOTION TO VACATE (2255) obo D/ Kirinsky: (Dispo: #453 gvt rspns; #465 D rply; #466 DENIED) (Entered: 03/21/2005) |
| 03/09/2005 | | TRAVERSE re D/ Kirinsky's 2255mtn: verified petition to KC ** No desig of lcl cnsl recvd** (Entered: 04/28/2005) |
| 03/17/2005 | 435 | MOTION FOR MISCELLANEOUS RELIEF re: D/Foresta - EMRGNCY petn for ord prescribing harrassmnt & punitive actn obo D. (m) (DISPO: #438 DENIED as Moot) (Entered: 03/17/2005) |
| 03/30/2005 | 437 | MINUTE ORDER re D/ Kirinsky's 2255motion #436: Gvt rsponse due 4/29/05. cpys dist (Entered: 03/30/2005) |
| 03/30/2005 | 438 | ORDER re D/ Foresta's Petition (#435): DENIED as Moot. cpys dist (Entered: 03/31/2005) |
| 04/08/2005 | | TRAVERSE re D/ Burdick: request to modify supervision. to KC (Entered: 04/08/2005) |
| 04/08/2005 | 439 | MOTION FOR MISCELLANEOUS RELIEF re D/ Kirinsky: gvt's appl for ordr dmng atty client prvlge(Dispo: #441 Granted) (Entered: 04/08/2005) |
| 04/08/2005 | 440 | MOTION FOR MISCELLANEOUS RELIEF re D/ Kirinsky's 2255 motion: gvt's applcation for extntion of time(Dispo: #447 Granted) Modified on |

| | | |
|---|---|---|
| | | 11/28/2005 (RFJ, ). (Entered: 04/08/2005) |
| 04/11/2005 | 443 | ORDER re D/ Burdick: suprvision modified to includ plcmt in LV cmmnty cntr. cpys dist (Entered: 04/19/2005) |
| 04/13/2005 | 441 | ORDER Dtd 4/11/05 - re D/ Kirinsky re motion #439: atty/client prvlge is Waived; dfnse cnsl Walton shll prvide gvt w/ affdavt cntaining all related matrls & info. cpys dist (Entered: 04/13/2005) |
| 04/13/2005 | 442 | ORDER re D/ Kirinsky's 2255 motion(#436): gvt shll hv to & includng 5/30/05 by 4pm to file a response. cpys dist (Entered: 04/13/2005) |
| 04/21/2005 | | TRAVERSE re D/ Foresta's suprvised rlese: reqst to modify conditions. to KC (Entered: 04/21/2005) |
| 04/22/2005 | 444 | ORDER re D/ Foresta: suprvision modified to includ plcmt in corrections cntr for up to 120 days. cpys dist (Entered: 04/22/2005) |
| 04/29/2005 | 445 | MINUTE ORDER dtd 4/22/05 - re D/ Kirinsky's 2255 motion #436: dfnse cnsl to immdtly cmply w/ lcl rules re desig of lcl cnsl or schedul an Ordr to show cause hrng. cpys dist (Entered: 04/29/2005) |
| 05/02/2005 | 454 | TRANSFER IN/PROBATIONER re D/ Galasso: dist of CT accptng jurisdiction. cpys dist (Entered: 06/09/2005) |
| 05/05/2005 | 446 | MOTION TO VACATE (2255) BY D/ Capucci: civil case #CV-S-05-0573-RLH (LRL) (Dispo: #457 gvt rspns; #458; #461 DENIED) (Entered: 05/10/2005) |
| 05/12/2005 | 447 | MINUTE ORDER re D/Capucci: Govt cnsl has till 6/10/05 to rspnd to dfnt's 2255 mtn (#446). cps dist (Entered: 05/16/2005) |
| 05/24/2005 | 448 | MOTION FOR MISCELLANEOUS RELIEF re D/ Kirinsky's 2255motion #436: Motion for Relief frm Reqrmnt of Associating Rsdnt Cnsl (DISPO: #451 GRANTED) (Entered: 05/25/2005) |
| 05/31/2005 | 449 | MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY re D/ Kirinsky's 2255motion #436: gvt's motion to extnd rsponse date (Dispo: #450 Granted) (Entered: 06/01/2005) |
| 06/03/2005 | 450 | ORDER dtd 6/2/05 - re D/ Kirinsky's 2255motion #436: gvt shll hv to & incldng 6/3/05 to file rspns. cpys dist (Entered: 06/03/2005) |
| 06/03/2005 | 451 | ORDER re D/ Kirinsky's 2255motion #436: dfnse cnsl's motion #448 is GRANTED; Verified Petition to be filed. cpys dist (Entered: 06/03/2005) |
| 06/03/2005 | 452 | VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE re D/ Kirinsky: atty Thomas Dickinson to represent dfndnt in 2255motion (#436). cpys dist (Entered: 06/03/2005) |
| 06/03/2005 | 453 | RESPONSE IN OPPOSITION re D/ Kirinsky's 2255motion #436: gvt's response in opposition (Entered: 06/03/2005) |
| 06/09/2005 | 455 | TRANSMITTAL OF NOTICE OF APPEAL re D/ Galasso: to dist of CT w/ cc's of dkt sht. cpys dist (Entered: 06/09/2005) |
| 06/10/2005 | 456 | MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY re D/ Capucci's motion #446: gvt's app for extnsion of time(Dispo: #458 Granted) (Entered: 06/10/2005) |

| | | |
|---|---|---|
| 06/13/2005 | 457 | RESPONSE IN OPPOSITION re D/ Capucci's motion #446: gvt's reponse. (Entered: 06/14/2005) |
| 06/14/2005 | 458 | ORDER re D/ Capucci's 2255mtn (#446): gvt shll file response by 6/17/05 @ 4pm. cpys dist (Entered: 06/15/2005) |
| 06/16/2005 | 459 | MOTION FOR MISCELLANEOUS RELIEF re D/ Kirinsky's 2255motion #436: D's mtn for Lv to file rply to gvt rspns (Dispo: #460 GRANTED) (Entered: 06/17/2005) |
| 06/21/2005 | 460 | ORDER re D/ Kirinsky's 2255motion (#436): D's motion #459 is GRANTED; rply due 7/12/05. cpys dist (Entered: 06/22/2005) |
| 06/21/2005 | 461 | ORDER re D/ Capucci's 2255motion #446: motion is DENIED. cpys dist (Entered: 06/22/2005) |
| 06/24/2005 | 462 | TRANSMITTAL RETURN OF NOTICE OF APPEAL re D/ Galasso: frm dist of CT acknwldgng rcpt of doc #455. (Entered: 06/28/2005) |
| 07/13/2005 | 463 | MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY re D/ Kirinsky's 2255motion(#436): Motion for Extnsion of time(Dispo: #464 Granted) (Entered: 07/14/2005) |
| 07/21/2005 | 464 | MINUTE ORDER re D/ Kirinsky's motion (#463): motion for extnsion of time is Granted; dfndnt rply due 7/27/05. cpys dist (Entered: 07/22/2005) |
| 07/27/2005 | 465 | REPLY TO RESPONSE TO MOTION re D/ Kirinsky's 2255mtn (#436): D's Mmrndum in rpsn to gvt's mmrndum. (Entered: 07/30/2005) |
| 09/02/2005 | 466 | ORDER re D/ Kirinsky's 2255mtn (#436): DENIED. cpys dist (Entered: 09/07/2005) |
| 11/01/2005 | 467 | MOTION FOR MISCELLANEOUS RELIEF re D/ Kirinsky's 2255 Motion: Certificate of applability(Dispo: (Entered: 11/02/2005) |
| 11/01/2005 | 468 | NOTICE OF APPEAL re D/ Kirinisky's 2255 Mtn(#436): applng Ordr #466. (Dispo: (Entered: 11/02/2005) |
| 11/15/2005 | 469 | ORDER denying 467 Motion for Certificate of Appealability. as to William Thomas Kirinsky (12) Signed by Judge Roger L. Hunt on 11/15/05. (KCR) (Entered: 11/30/2005) |
| 12/13/2005 | 470 | TRANSMITTAL of Notice of Appeal and Docket Sheet as to William Thomas Kirinsky to US Court of Appeals re 468 Notice of Appeal (KCR, ) (Entered: 12/13/2005) |
| 12/15/2005 | 471 | Submission of PROPOSED ORDER for modification of release conditions by US Probation as to Anthony Dibellonia (KCR, ) (Entered: 12/15/2005) |
| 12/21/2005 | 472 | Submission of PROPOSED ORDER for modification of release conditions by US probation as to Ronald David Foresta (KCR, ) (Entered: 12/21/2005) |
| 12/23/2005 | 473 | ORDER as to Ronald David Foresta: Supervised release modified. Signed by Judge Roger L. Hunt on 12/22/05. (LMC, ) (Entered: 12/23/2005) |
| 12/28/2005 | 474 | TRANSMITTAL RETURN of Notice of Appeal from USCA as to William Thomas Kirinsky re 468 Notice of Appeal filed by William Thomas Kirinsky,. **USCA Case Number 05-17394** (GEW) (Entered: 01/10/2006) |

| | | |
|---|---|---|
| 01/06/2006 | 475 | MOTION to Supplement Pre-Sentence Report by William Thomas Kirinsky. (MJZ) (Entered: 01/12/2006) |
| 01/06/2006 | 476 | AFFIDAVIT of William Thomas Kirinsky by William Thomas Kirinsky re 475 MOTION to Supplement Pre-Sentence Report. (MJZ) (Entered: 01/12/2006) |
| 01/06/2006 | 477 | MEMORANDUM re 475 MOTION for Leave to File by William Thomas Kirinsky. (MJZ) (Entered: 01/12/2006) |
| 01/11/2006 | 478 | ORDER as to Anthony Dibellonia granting 471 Request for Modificatin of Release Conditions filed by US Probation, Signed by Judge Roger L. Hunt on 1/11/06. (KCR) (Entered: 01/17/2006) |
| 02/27/2006 | 479 | Submission of PROPOSED ORDER by William Thomas Kirinsky re 475 MOTION to Supplement Pre-Sentence Report. (KCR) (Entered: 03/01/2006) |
| 03/14/2006 | 480 | ORDER denying 475 Motion to Supplement Pre-Sentence Report as to William Thomas Kirinsky (12). Signed by Judge Roger L. Hunt on 3/14/06. (MJZ) (Entered: 03/15/2006) |
| 03/24/2006 | 481 | NOTICE OF APPEAL by William Thomas Kirinsky re 480 Order on Motion for Leave to File Filing fee $ 255. ***(Fee Paid)*** (AAB) (Entered: 03/31/2006) |
| 04/10/2006 | 482 | TRANSMITTAL of Notice of Appeal and Docket Sheet as to William Thomas Kirinsky to US Court of Appeals re 481 Notice of Appeal (KCR) (Entered: 04/10/2006) |
| 04/17/2006 | 483 | TRANSCRIPT DESIGNATION by William Thomas Kirinsky re 481 Notice of Appeal, 420 Transcript, 412 Transcript. (LMC) (Entered: 04/17/2006) |
| 04/18/2006 | 484 | ORDER for Time Schedule as to 481 Notice of Appeal filed by William Thomas Kirinsky. (KCR) (Entered: 04/18/2006) |
| 04/21/2006 | 485 | TRANSMITTAL RETURN of Notice of Appeal from USCA as to William Thomas Kirinsky re 481 Notice of Appeal filed by William Thomas Kirinsky,. **USCA Case Number 06-10240** (KCR) (Entered: 04/21/2006) |
| 06/09/2006 | 486 | VIOLATION REPORT by US Probation, terminate at expiration as to Anthony Dibellonia (KCR) (Entered: 06/12/2006) |
| 07/19/2006 | 487 | ORDER of USCA as to William Thomas Kirinsky re 468 Notice of Appeal (AXM) (Entered: 07/19/2006) |
| 07/20/2006 | | Attorney update Attorney William R Reed withdrawn. (Bogden, Daniel) (Entered: 07/20/2006) |
| 08/07/2006 | 488 | CERTIFICATE OF RECORD on Appeal Transmitted to USCA as to William Thomas Kirinsky re 481 Notice of Appeal (Attachments: # 1 Designation of Record on Appeal form)(KCR) (Entered: 08/07/2006) |
| 10/04/2006 | 489 | ORDER of USCA as to William Thomas Kirinsky re 481 Notice of Appeal (KCR) (Entered: 10/06/2006) |
| 01/31/2007 | 490 | ORDER of USCA lifting stay in case, and denying certificate of appealability and all outstanding motions re 468 Notice of Appeal as to William Thomas Kirinsky. (KCR) (Entered: 01/31/2007) |
| 01/31/2007 | 491 | **NON-PUBLIC** Submission of PROPOSED Order on Mandate re 490 |

| | | |
|---|---|---|
| | | USCA Order denying certificate of appealability, re 468 Notice of Appeal as to William Thomas Kirinsky (KCR) (Entered: 01/31/2007) |
| 02/05/2007 | 492 | ORDER ON MANDATE as to William Thomas Kirinsky re 490 USCA Order denying certificate of appealability, re 468 Notice of Appeal. Mandate spread upon the records of this court. Signed by Judge Roger L. Hunt on 2/2/07. (KCR) (Entered: 02/06/2007) |
| 03/05/2007 | 493 | VIOLATION REPORT - No Adverse Court Action Recommended by US Probation as to Ronald David Foresta (MMM) (Entered: 03/07/2007) |
| 03/21/2007 | 494 | Form 22 - PETITION to Transfer Jurisdiction of Supervision - Out as to Daniel Sebastian Balkun (Boardman, Chad) (Entered: 03/21/2007) |
| 03/22/2007 | 495 | Probation jurisdiction transfer to District of Rhode Island as to Daniel Sebastian Balkun. Signed by Chief Judge Roger L. Hunt on 3/22/07. REFERRED TO PROBATION for acceptance from other Agency. (MMM) (Entered: 03/23/2007) |
| 04/18/2007 | 496 | Probation Jurisdiction Transferred to District of Rhode Island as to Daniel Sebastian Balkun. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 Transfer Out Letter)(MMM) (Entered: 04/24/2007) |

I hereby attest and certify on 24 APR 07 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By Molly Morrison Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA